IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARMANDO LEON-PEREZ, | § | |
| A# 240-619-629, | § | |
| | § | |
|    *Petitioner,* | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-2295-FB |
| | § | |
| MARKWAYNE MULLEN, Secretary of the | § | |
| United States Department of Homeland | § | |
| Security, in His Official Capacity; SIRCE | § | |
| OWEN, Acting Director of Executive Office | § | |
| for Immigration Review, in Her Official | § | |
| Capacity; WARDEN, Warden of the Rio | § | |
| Grande Processing Center, in His Official | § | |
| Capacity, | § | |
| | § | |
|    *Respondents.* | § | |

## ORDER TRANSFERRING CASE TO LAREDO DIVISION OF THE SOUTHERN DISTRICT OF TEXAS

Before the Court is the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed by Petitioner Armando Leon-Perez through his counsel of record.[1]  According to the Petition, Petitioner is being detained at the Rio Grande Processing Center in Laredo, Texas.  The heading on the Petition recognizes the case should be filed in the Laredo Division but incorrectly states that Laredo is in Western District of Texas.

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner or detainee is incarcerated.  *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted).  The Rio Grande Processing Center is located in Webb County, Texas,

---

[1]  The filing fee was paid at the time the Petition was filed on April 7, 2025 (ECF No. 1).

which falls within the Laredo Division of the United States District Court for the Southern District of Texas.  Therefore, this case should be TRANSFERRED to this district because this is where Petitioner states he is being detained.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that the above styled and numbered cause is TRANSFERRED to the Laredo Division of the United States District Court for the Southern District of Texas.

It is so ORDERED.

SIGNED this 7th day of April, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE